**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JONATHAN WEEMS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLARK, et al.,<br><br>　　　　　Defendants. | Case No.: 1:21-cv-0531 JLT GSA (PC)<br><br>ORDER ADOPTING IN FULL THE FINDINGS AND RECOMMENDATIONS, DISMISSING THE ACTION WITHOUT PREJUDICE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 13) |

　　　　Jonathan Weems is a state prisoner proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. Previously, the magistrate judge found Plaintiff failed to state a claim and directed him to file an amended complaint. (Doc. 10.) Plaintiff failed to file any amended complaint, the magistrate judge found Plaintiff failed to comply with the Court's order. (Doc. 13.) Therefore, the magistrate judge recommended the action be dismissed without prejudice. (*Id.* at 3.)

　　　　The Court served the Findings and Recommendations to Plaintiff and notified him that objections, if any, were due within 14 days after the date of service. (Doc. 13 at 3.) In addition, the Court informed Plaintiff that the "failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014).) To date, Plaintiff has not filed objections or otherwise responded to the Court, and the time to file objections has expired.

1

According 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this Court conducted a de novo review of this case.  Having carefully reviewed the entire case, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on February 27, 2023 (Doc. 13), are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice, for Plaintiff's failure to comply with the Court's order.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **May 4, 2023**

UNITED STATES DISTRICT JUDGE